IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARY LOUISE RICHARDSON DOZIER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:12-cv-0518-MEF |
| ) | |
| CHERLENE VICKERS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

The Magistrate Judge has entered a Recommendation (Doc. # 5) that this case be dismissed prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). Plaintiff has filed an Objection (Doc. # 6) to the Recommendation. After an independent review of the file in the case, including *de novo* review of the portions of the Recommendation to which Plaintiff has objected, it is the ORDER, JUDGMENT and DECREE of the court that:

1. Plaintiff's Objection (Doc. # 6) to the Recommendation of the Magistrate Judge, filed on September 4, 2012, is OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. # 5), entered on August 29, 2012, is ADOPTED; and,

3. This case is DISMISSED prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

An appropriate final judgment will be entered.

DONE this 12th day of September, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE